IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MICHAEL RONAN IV, EXECUTOR OF THE ESTATE OF JAMES MICHAEL RONAN, III | : Case No.: 3:22-cv-00204-KRG :<br>: Judge Kim R. Gibson :<br>Plaintiff, :<br>: ELECTRONICALLY FILED<br>v. :<br>:<br>NORFOLK SOUTHERN RAILWAY COMPANY and CONSOLIDATED RAIL CORPORATION, : JURY TRIAL DEMANDED<br>Defendants. |

Plaintiff, James Michael Ronan, IV Executor of the Estate of James Michael Ronan, III, and Defendants, Consolidated Rail Corporation and Norfolk Southern Railway Company, hereby stipulate and agree to dismiss this action with prejudice, each side to bear its own costs and fees.

**BURNS WHITE LLC**

_____
Patrick M. Horvat, Esquire
Jeffrey A. Jackson, Esquire
*Attorneys for Defendants,*
*Norfolk Southern Railway Company and*
*Consolidated Rail Corporation*

Dated:  November 4, 2024

**SPENCE CUSTER, SAYLOR, WOLFE & ROSE, LLC**

*/s/ Ronald P. Carnevali, Jr.*
Ronald P. Carnevali, Jr., Esquire
*Attorney for Plaintiff,*
*James Michael Ronan, IV, Executor*
*of the Estate of James Michael Ronan, III*

Dated:  November 4, 2024

AND NOW, this 6th day of November, 2024.
IT IS SO ORDERED. _____
UNITED STATES DISTRICT JUDGE